**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7091**

---

EMMANUEL CAJUSTE,

                                                  Petitioner - Appellant,

     versus

STATE OF MARYLAND DEPARTMENT OF CORRECTIONS;
ATTORNEY GENERAL FOR THE STATE OF MARYLAND,

                                                  Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-99-2020-JFM)

---

Submitted:  December 22, 1999      Decided:  January 21, 2000

---

Before MURNAGHAN and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Emmanuel Cajuste, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Emmanuel Cajuste, a citizen of Haiti, appeals the district court's order dismissing his 28 U.S.C. § 2241 (1994) petition for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. See Cajuste v. Maryland Dep't of Corrections, No. CA-99-2020-JFM (D. Md. July 16, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on July 14, 1999, the district court's records show that it was entered on the docket sheet on July 16, 1999. It is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).